UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1551(DSD/JMM)

Kelly Renee Neumann,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

AT&T Communications, Inc.

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: August 28, 2001

David S. Doty, Judge
U.S. District Court

(2)

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

F I L E   C O P Y

Date: August 28, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-01551 Neumann v. AT&T Communication

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty) The above-captioned action shall be resubmitted to the Clerk of Court for reassignment. Case reassigned to Judge Paul A. Magnuson per the master list, and Case referred to Magistrate Judge Jonathan G. Lebedoff. Case number remains the same except for Judges' initials (01-1551 PAM/JGL). Number with new initials to be used on all future documents and papers submitted to the Court regarding this civil action (01-1551 PAM/JGL). 1pg(s) (cc: all counsel)

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL