UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kelly Neumann, CIVIL 01-1551 PAM/JGL

Plaintiff,

vs.

AT&T Communications, Inc.,

Defendant,

------------------------------

Kelly Neumann, CIVIL 01-2339 MJD/JGL

Plaintiff,

vs.

AT&T Communications, Inc.,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 01-1551 PAM/JGL having been assigned to Judge Paul A. Magnuson, and Case No. 01-2339 MJD/JGL having later been assigned to Judge Michael J. Davis, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 01-2339 MJD/JGL, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 27, 2001.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: March 21, 2002

**PAUL A. MAGNUSON, Judge**
United States District Court

DATED: March 4, 2002

**MICHAEL J. DAVIS, Judge**
United States District Court

FILED APR ...
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____