**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

**OLD** Civil Case No.:01-1551 PAM/JSM

Neumann

v.

AT& T

**IN RE: Notice of Reassignment of Magistrate Judge - NEW: 01-1339 PAM/RLE**

**AT THE COURT'S DIRECTION,** the Clerk of Court is instructed to refer the above entitled case to **Magistrate Judge Raymond L. Erickson** to handle pretrial or other proceedings in this case. **This case was referred to Magistrate Judge Mayeron, as a part of the district case transfers, however this case is related to 01-1339 and cannot be included in those transfers.**

If you have questions or concerns regarding this reassignment, please direct your inquiries to Vickie Miller , his judicial assistant, at 218-259-3520. Magistrate Judge Erickson's address is 515 West First Street, Duluth, MN 55802-1397

**DATED: February 14, 2003**

**Richard D. Sletten, Clerk**

Filed February 14, 2003
Judgment entered____________
Deputy Clerk________________