AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Kelly Neumann

V.

AT&T Communications, Inc., a Delaware Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1551 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Neumann's claims against AT&T for violation of MN Statutes 176.82, subdivision 2 is REMANDED to state court.

May 8 2003
Date

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk